**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
JAN - 9 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. LAWRENCE WHITE | **Defendant(s):** TERRY MCCANN |
| **County of Residence:** WILL | **County of Residence:** |
| **Plaintiff's Address:** Lawrence White N-30193 Stateville - STV P.O. Box 112 Joliet, IL 60434 | **Defendant's Attorney:** Chief of Criminal Appeals Illinois Attorney General's Office 100 West Randolph - 12th Floor Chicago, IL 60601 |

**Basis of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff     ☑ 3. Federal Question (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant     ☐ 4. Diversity

**08CV0201
JUDGE LEINENWEBER
MAG. JUDGE VALDEZ**

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**  ☑ 1. Original Proceeding     ☐ 5. Transferred From Other District
☐ 2. Removed From State Court     ☐ 6. MultiDistrict Litigation
☐ 3. Remanded From Appellate Court     ☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 01/09/2008

Leinenweber  03C1897
Needs Mag. Jd.