IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) | 08CV0201 |
| LAWRENCE WHITE, ) | JUDGE LEINENWEBER |
| Petitioner, ) | MAG. JUDGE VALDEZ |
| v. ) | FILED |
| TERRY McCANN, ) | JAN 0 9 2008 |
| Respondent. ) | Jan 9, 2008 |
| | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

MOTION FOR LEAVE TO FILE PETITION OF HABEAS CORPUS

Now comes the Petitioner, LAWRENCE WHITE, Pro Se, pursuant to Title 28 SEction 2254 and respectfully prays that this Honorable Court will GRANT this MOTION FOR LEAVE TO FILE WRIT OF HABEAS CORPUS, **instanter.**

In support thereof, petitioner respectfully submits the following.
1. That the issues presented to this Honorable Court are such that without this Honorable courts' intervention, gross violations of the constitution and clearly established caselaw will be violated, to-wit:
(a). Can the maximum sentence so clearly defined in Apprendi v. New Jersey, 530 U.S. 466(2000), and Blakely v. Washington, 542 U.S. 296(2004), as the maximum sentence authorized by the facts admitted by the defendant or found by a jury, be ignored on the ground that the trial judge in a different proceeding, based on completly different factual issues, determined that the defendant was eligible for an even higher sentence.

The sole issue before this Honorable Court in this WRIT FOR HABEAS CORPUS, is one of sentencing issue only, and Apprendi and Blakely issues as outline by the United States Supreme Court.

This Honorable Court should GRANT this motion INSTANTER in the interest of justice and fairness to petitioner.

DATED: _1-3-08_ ,2007.

Respectfully Submitted,

*/s/ Lawrence White*

LAWRENCE WHITE , PETITIONER, Pro Se

Reg. No.

Box 112

Joliet, IL. - 60434

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel. ) | |
| LAWRENCE WHITE, ) | |
| Petitioner, ) | No. _____ |
| v. ) | |
| TERRY McCANN, Warden, ) | |
| Stateville COrrectional Center. ) | |
| Respondent. ) | |

### NOTICE

Please take NOTICE that I have on this ___03___ day of ___JANUARY___, 2008, filed with the CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, a copy of the attached: **MOTION FOR LEAVE TO FILE PETITION OF WRIT OF HABEAS CORPUS**, by placing same in the U.S. Mail at BOX 112, JOLIET, IL.-60434.

/s/ Lawrence White

LAWRENCE WHITE, Petitioner, Pro Se

Reg. No. N30193

Box 112

JOLIET, IL. - 60434

---

IN COMPLIANCE WITH TITLE 28 U.S.C. SECTION 1746:

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT OF MY OWN PERSONAL KNOWLEDGE.

DATED: __01-03-08__, 2008  /s/ Lawrence White

LAWRENCE WHITE, Petitioner, Pro Se

EXCUTED ON __01-03-08__