# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0201 | **DATE** | 1/15/2008 |
| **CASE TITLE** | U.S. ex rel. Lawrence White (#N-30193) vs. Terry McCann | | |

**DOCKET ENTRY TEXT:**

The petitioner is granted twenty-one days in which either to pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis*. The clerk is directed to send the petitioner an application to proceed *in forma pauperis*. If the petitioner fails to comply within twenty-one days of the date of this order, the court will summarily dismiss this action.

■ **[For further details see text below.]**                    Docketing to mail notices.

## STATEMENT

Lawrence White, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner challenges his convictions for murder, attempted murder, and residential burglary, on the ground that his lengthy prison sentence was unconstitutionally enhanced, in violation of *Apprendi v. New Jersey*, 530 U.S. 466 (2000) and *Blakely v. Washington*, 542 U.S. 296 (2004).

Although the clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, the petitioner has neither paid the $5.00 filing fee nor filed a petition for leave to proceed *in forma pauperis*. If the petitioner wishes to proceed with this action, he must either pay the $5.00 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. The clerk is directed to send the petitioner an *in forma pauperis* application. If the petitioner fails either to pay the filing fee or file a fully completed application to proceed without prepayment of costs and fees within twenty-one days, the court will summarily dismiss this action.

| | mjm |
|---|---|