FILED
1-17-2008
JAN 17 2008 MH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cv 201

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: 08-CV-201<br><br>CHIEF OF CRIMINAL APPEALS<br>IL ATTORNEY GENERAL'S OFFICE<br>100 W RANDOLPH ST 12TH FLR<br>CHICAGO IL 60601 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>RECEIVED JAN 14 2008<br>Office Of The Attorney General<br>Service Type: Office Services<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 9550 8290 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |