# United States District Court
## Northern District of Illinois
### Eastern Division

U.S. ex rel. Lawrence White　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　v.　　　　　　　　　　　　　Case Number: 08 C 201

Terry McCann

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the petitioner's motion for leave to file petition of habeas corpus is denied. This successive petition for a writ of habeas corpus is dismissed for lack of jurisdiction pursuant to 28 U.S.C. §2244(b)(3). The case is terminated.

　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 2/5/2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　/s/ Wanda A. Parker, Deputy Clerk